UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60155-CIV-DAMIAN

**ISRAEL RORRES AREVALO**,

    Petitioner,

v.

**KRISTI NOEM**, *et al.*,

    Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 8], filed on February 23, 2026. In the Status Report, the parties indicate that on February 18, 2026, Petitioner, Israel Rorres Arevalo ("Petitioner"), was given a bond hearing before the Immigration Court, consistent with this Court's Order [ECF No. 7] and that he was released from custody on a bond of $5,000.00. *See generally* Report. The parties ask that no further status reports be required and that the case be closed. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of February, 2026.

                                                  **MELISSA DAMIAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record